# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 2, 2014

## NO. 03-12-00793-CR

**Michael Lee Elliott, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, GOODWIN
### AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.